UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN MANKIEWICH,**

   **Plaintiff,**

**v.**                                                        Case No.  8:05-cv-2053-T-30MSS

**FERMAN MOTOR CAR COMPANY, INC.,**

   **Defendant.**
_____/

## ORDER

   THIS CAUSE comes before the Court upon the parties Joint Stipulation of Voluntary Dismissal with Prejudice (Dkt. 10).  Upon review and consideration, it is hereby ORDERED AND ADJUDGED that:

   1.   The parties Joint Stipulation of Voluntary Dismissal with Prejudice (Dkt. 10) is **GRANTED**.  However, the Court will not reserve jurisdiction to enforce the settlement agreement.  If the Court's ruling regarding the reservation of jurisdiction impacts the terms of the settlement, the parties are to instruct the Court of the same and explain why reservation of jurisdiction is necessary to the resolution of this matter.

   2.   All pending motions are denied as moot.

   3.   The Clerk is directed to close the case.

   **DONE** and **ORDERED** in Tampa, Florida on March 1, 2006.

                                                          _____
                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record